UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

United States of America :

vs. :

Mark Booker : Crim. No. 00-69 (SRC)

## ORDER

Defendant having appeared before this Court on the charges set forth in the Violation of Supervised Release Petition dated June 15, 2011 (the "Petition"), having pleaded guilty to Violation # 1 thereof, and the Court, having heard from and considered the arguments of the parties hereto,

IT IS HEREBY ORDERED that:

Violation # 2 of the Petition is dismissed with prejudice; and

The term of Supervised Release previously imposed on the Defendant is revoked.

IT IS FURTHER ORDERED that Defendant's sentence upon his guilty plea to Violation #1 of the Petition is as follows:

Defendant shall be incarcerated for a period of one day, to be served immediately;

A new 15 month term of Supervised Release is imposed:

Pursuant to the new term of Supervised Release Defendant is obligated to pay restitution in the amount of $302,880 ( the "Restitution Amount") and a fine in the amount of $15,000 (the "Fine amount");

As a condition of the new term of Supervised Release, the Defendant shall pay $6,000 of the Restitution Amount to the U.S Probation Office by no later than December 21, 2011 and, thereafter, shall pay down the Restitution and Fine amounts in monthly installments in an amount and in a manner to be determined by the U.S. Probation Office; and

All other conditions of Supervised Release previously imposed on the Defendant and not specifically modified herein are reimposed and remain in full force and effect.

Dated: 11/21/, 2011

Hon. Stanley R. Chesler
United States District Judge